UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **CARMEN MCCLEERY, INDIVIDUALLY AND AS EXECUTRIX OF THE SUCCESSION OF DONALD MCLEERY, SR.,**<br>**Plaintiff** | **CIVIL ACTION NO. 1:20-CV-01187** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **MELANIE MCCLEERY SPEED,** *ET AL.*,<br>**Defendants** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 54], noting the absence of objections thereto, and having determined that the Magistrate Judge's findings and recommendations are correct under the applicable law;

IT IS HEREBY ORDERED that Defendant Hartford Life and Accident Insurance Company's Motion for Relief in Interpleader [ECF No. 36] is GRANTED IN PART and DENIED IN PART.

IT IS FURTHER ORDERED that Hartford's Motion for Interpleader (ECF No. 36) is GRANTED IN PART as follows:

(1) Hartford shall distribute to the Clerk of Court a check equal to the sum of $135,000 (the Death Benefit), representing the proceeds due as a result of the death of Donald McCleery, Sr. under Policy No. U10415602, plus applicable claim interest.

(2) The Clerk of Court shall deposit into the Registry of the Court the Death Benefit, plus applicable interest, until further order from the Court.

(3) The Adverse Claimants are permanently enjoined from: (a) making any further claims against Hartford with respect to the Death Benefits; or (b) otherwise further involve Hartford in any litigation concerning the Policy. *See* 28 U.S.C. § 2361.

(4) Following payment of the Death Benefits payable on the life of Donald McCleery, Sr. under the Policy, plus applicable interest, into the Registry of the Court, Hartford shall be dismissed with prejudice from any further liability relating to the Death Benefits.

IT IS FURTHER ORDERED that, to the extent Hartford seeks attorney's fees, Hartford's Motion for Interpleader (ECF No. 36) is DENIED IN PART.

THUS DONE AND SIGNED in Chambers, this 9th day of December, 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE